ELIZABETH A. L. HYATT, Respondent, *v.* THE DALE TILE MANUFACTURING COMPANY (LIMITED), Appellant.

(Argued April 20, 1887; decided June 7, 1887.)

THIS case, in its general and material features, was similar to and was decided on authority of *Marston* v. *Swett* (66 N. Y. 206 ; 82 N. Y. 526.)

*Edward D. McCarthy* for appellant.

*George W. Van Slyck* for respondont.

PECKHAM, J., reads for affirmance.
All concur.
Judgment affirmed.